THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>DONALD C. SCHOLOFF,<br><br>        Defendant. | CASE NO. CR20-0153-JCC<br><br>ORDER |

This matter comes before the Court *sua sponte.* Defendant is charged by Indictment with Possession of Controlled Substances with Intent to Distribute, Possession of a Firearm in Furtherance of a Drug Trafficking Crime, and Felon in Possession of a Firearm. (Dkt. No. 1.) Trial is scheduled for November 29, 2021. (Dkt. No. 18.)

Defense counsel recently withdrew in this matter. (*See* Dkt. Nos. 22, 23.) While Defendant has retained replacement counsel, as indicated in the November 16, 2021 status conference, additional time is needed to prepare for trial, in light of the change of counsel. (*See* Dkt. No. 28.) This is reasonable, given the significant discovery in this case, which includes data extracted from cellular devices, GPS and pen register/trap and trace data of cellular phones, surveillance evidence, and many hours of surveillance and pole camera videos, photographs documenting the search, and law enforcement reports. (*See* Dkt. Nos. 13, 16.)

Having thoroughly considered the relevant record, the Court FINDS that the ends of

justice served by continuing trial outweigh Defendant and the public's interest in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Specifically, taking into account the exercise of due diligence, the failure to grant a continuance would deny Defendant's counsel reasonable time necessary for effective preparation, *see* 18 U.S.C. § 3161(h)(7)(B)(iv), and would therefore result in a miscarriage of justice, *see* 18 U.S.C. § 3161(h)(7)(B)(i).

Accordingly, the Court ORDERS as follows:

1. The November 29, 2021 jury trial is CONTINUED until April 25, 2022.
2. The pretrial motions deadline is CONTINUED until March 25, 2022.
3. The period from the date of this order until April 25, 2022 is an excludable time period under 18 U.S.C. § 3161(h)(7)(A).

DATED this 16th day of November 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE